Argued and submitted June 29, reversed and remanded July 20, 1983

PADDACK et al,
*Appellants,*

*v.*

McDONALD, dba Jess E.
McDonald, Jr., Contractor,
*Respondent.*

(223493; CA A24973)

666 P2d 299

David S. Paull, Portland, argued the cause for appellants. With him on the brief were Thomas J. Barnett and Bailey & Paull, Portland.

Douglas A. Harrison, Portland, argued the cause for respondent. With him on the briefs were William J. Howe, III and Howe & Harris, Portland.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

The parties agree that the issue presented on appeal was decided by the United States Supreme Court on April 27, 1983, in *Jim McNeff, Inc. v. Todd,* 461 US 260, 103 Sup Ct 1753, 75 L Ed 2d 830 (1983), and that the case must be reversed and remanded for trial.

Reversed and remanded.